UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:99-CR-00271-EAK

PEREZ, ET AL.
_____/

### ORDER ON DEFENDANT'S MOTION TO REINSTATE RESIDENCY STATUS

THIS CAUSE is before this Court on Defendant's, Alvaro Sanchez, Motion to Reinstate Residency Status (Doc. 735). Defendant has failed to include a memorandum of legal authority in support of his request and is therefore in violation of Local Rule 3.01. Local rule 3.01 states as follows:

> **RULE 3.01 MOTIONS; BRIEFS AND HEARINGS**
> (a) In a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which the movant shall include in a single document not more than twenty-five (25) pages.

*Local Rule (3.01)(a).*

Accordingly, it is:

**ORDERED** that Defendant's, Alvaro Sanchez, Motion to Reinstate Residency Status be **DENIED**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this ___6___th day of June, 2011.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record

1